```
                                    · · ·,· ·  · Y
                                    .·OC: MENT
UNITED STATES DISTRICT COURT        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK       DOC #: _____
----------------------------------X DATE FILED: 5-26-09
BRIESE SCHIFFAHRTS GMBH & CO.   :
KG MS,
                                :   08 Civ. 10975 (VM)
                Plaintiff,      :
                                :
    -  against  -               :
                                :
AGROINVEST S.A.,                :
                                :
                Defendant.      :
----------------------------------X
-------------------------------- X
BRIESE SCHIFFAHRTS GMBH & CO.,  :
KG MS,                          :
                                :   09 Civ.4612 (VM)
                Plaintiff,      :
                                :
    -  against  -               :
                                :
AGROINVEST S.A.,                :        **ORDER**
                                :
                Defendants.     :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

        Upon review of the complaints and other papers filed with

the Court in connection with the two cases captioned above,

the   Court   noted   that   the   complaints   describe   related

underlying events and operative facts, and assert claims

arising out of the same or substantially similar circumstances

against the same defendants and that the plaintiff in each

case is represented by the same counsel.  Accordingly, it is

hereby

        **ORDERED**  that   the   Clerk   of   Court   is   directed   to

consolidate the two cases captioned above for all purposes;

and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 08 Civ. 10975; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 09 Civ. 4612, as a separate action and remove it and any pending motions from the Court's database.


**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           26 May 2009


Victor Marrero
U.S.D.J.

-2-